## Sheryl Mintz Goski
### Attorney At Law

*Negotiation, Mediation, Arbitration, Litigation*
*Admitted to Practice New York, New Jersey, District of Columbia and Florida*

30 COLUMBIA TURNPIKE
P.O. BOX 479
FLORHAM PARK, NJ  07932
OFFICE (973)  520-8520   FAX: (973) 629-1234

New York Address:
2 Scrimshaw Drive
Southampton NY 11968

MOBILE: (908) 334- 8552
_____
EMAIL:   sgoski@goskilaw.com

www.goskilaw.com

12 September 2016
The Honorable Naomi Reice Buchwald
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

     Via ECF and Facsimile 1212 805 7927

     Re:     Adar Bays, LLC v. 5BARZ International, Inc. 16-cv-6231 (NRB)

Dear Judge Buchwald:

    I am counsel to Defendant.  I am following up on our discussion with the Court and Counsel last week by telephone conference call.  I have suggested to Plaintiff's counsel that the Court kindly immediately appoint a mediator from the federal mediator panel.  My client is willing to proceed to mediation as soon as a mediator is appointed by the Court.

                                                    Respectfully,

                                                    <u>s/ Sheryl Mintz Goski</u>

Cc:  Kevin Kehrli, Esq. (via ECF and Facsimile 1 347 537 4540)