## Sheryl Mintz Goski
### Attorney At Law

*Negotiation, Mediation, Arbitration, Litigation*
*Admitted to Practice New York, New Jersey, District of Columbia and Florida*

30 COLUMBIA TURNPIKE
P.O. BOX 479
FLORHAM PARK, NJ  07932
OFFICE (973)  520-8520   FAX: (973) 629-1234

New York Address:
2 Scrimshaw Drive
Southampton NY 11968

MOBILE: (908) 334- 8552
_____
EMAIL:   sgoski@goskilaw.com

www.goskilaw.com

4 October 2016

The Honorable Henry Pitman, U.S.M.J.
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   Adar Bays, LLC v. 5BARZ International, Inc. 16-cv-6231 (NRB)

Dear Judge Pitman:

I represent 5 BARz International, Inc. (5BARz).  I am informed by my client today that due to the impending hurricane in Southeast Florida, he is unable to travel to the New York area for the Thursday conference scheduled before Your Honor at 10:00 AM.

I have also reached out to counsel for Adar Bays, LLC.  Mr. Kehrli is unable to communicate with his client due to the Jewish holiday and likely will be unable to do so until tomorrow at the earliest.

On behalf of 5 BARz, we ask that the Court kindly reschedule the settlement conference for as soon as possible.  Counsel have discussed the possibility of either the 19th or the 20th of October when we believe that clients will be available.

Respectfully,

s/ Sheryl Mintz Goski

cc:  Kevin Kehrli, Esq. (via email, ECF)